EXHIBIT 12

# Novel Resist Systems for EUV Lithography: LER, Nanoparticle, Chain-Scission and MORE

**I.**    **Introduction.**

**II.**    **Chain-Scission Polymers: Polyesters, Polyethers and Polyalkynes.**

**III.**    **Molecular Organometallic Resists for EUV(MORE).**

**IV.**    **Summary.**

**Brian Cardineau**
5/20/2013

**Research Advisor**
Dr. Robert Brainard

**Thesis Committee:**
Dr. Magnus Bergkvist
Dr. Gregory Denbeaux
Dr. Daniel Freedman
Dr. John Welch

*Submitted in partial fulfillment of the degree of Doctor of Philosophy in Nanoscale Science at the College of Nanoscale Science and Engineering, University at Albany*

**EUV = Extreme Ultraviolet**
**LER = Line-Edge Roughness**
**MORE  = Molecular Organometallic Resists for EUV**

*1*



# I. What is Extreme Ultraviolet (EUV)?



$$\text{Resolution} = K_1 \frac{\lambda}{NA}$$

400-700 nm

Visible

X-Rays

UV

IR

Microwave

Gamma Rays

Radio

$10^{-11}$  $10^{-9}$  $10^{-7}$  $10^{-5}$  $10^{-3}$  $10^{-1}$  $10$  $10^3$

Wavelength (cm)

| 75 keV Ions IPL | 100 keV E-Beams EPL / EBDW | X-ray 1.3 nm 970 eV | EUV 13.5 nm 92 eV | ArF 193 nm 6.5 eV | DUV 248 nm 5.1 eV | i-line 365 nm 3.5 eV |

Today's Fastest Computers

Increasing λ

2  UNIVERSITY AT ALBANY
State University of New York

# Basic Photoresist Process



**Positive-Tone**

**Negative-Tone**

**A** **Exposure –** Resist is exposed through a mask, creating a chemical change where the light hits the film (may or may not include a post-exposure bake (PEB)).

**B** **Develop –** Film is washed in a developer/solvent that is selective to the chemical change which occurred during exposure.

*3* UNIVERSITY AT ALBANY
State University of New York

# Organic Chemically-Amplified Photoresists

**Today, most EUV photoresists are chemically amplified. The acid-sensitive resist polymer is combined with a photoacid generator (PAG). Upon exposure, the PAG generates photoacid which catalyzes the polymer decomposition.**



**JSR Micro resist imaged for 14 and 12 nm h/p lines at a dose of 15 mJ/cm².**

14 nm    12 nm

**The high sensitivities of catalysis plus careful engineering have led to powerful resist systems.**

**Brainard et al., Advance Process for 193-nm Immersion Lithography, 2009.
Ekinci et al., Proc. SPIE, 2013, 8679.**

*4*

UNIVERSITY AT ALBANY
State University of New York

# Recent Advances in Inorganic Photoresists

**Recently, some researchers have abandoned organic resist designs and have developed several new inorganic resists with excellent potential.**



### HSQ

**7-nm h/p lines
294 mJ/cm$^2$**

### Hafnium-Oxide Nanoparticles

**Inpria**

**12-nm h/p lines
25 mJ/cm$^2$**

**8-nm h/p lines
47 mJ/cm$^2$**

**Cornell**

**36-nm h/p lines
12 mJ/cm$^2$**

Ekinci et al., Proc. SPIE, 2013, 8679.
Trikeriotis et al., Proc. SPIE, 2012, 8322.

5

UNIVERSITY AT ALBANY
State University of New York

# Thesis Questions

## Novel resist design is needed to improve resist performance.

## Hypothesis 1: Acid-cleavable chain-scission polymers can be made that function as resists.

- Can acid-cleavable polymers be made and how do they function as resists?

- How do the mechanical and physical properties of the polymer affect the lithographic performance of these chain-scission resists?

- Can high Tg, hydrophilic resist polymers be made using the palladium catalyzed Hiyama coupling reaction?

## Hypothesis 2: Molecular-inorganic resists can be made for EUV from high optical-density materials.

- Can inorganic/organometallic compounds act as photoresists?

- How does ligand structure affect performance?

- How do different metals affect performance?

*6* UNIVERSITY AT ALBANY
State University of New York

# EUV Resist Goals: Beat the RLS Tradeoff

**EUV resists need to improve Resolution, LER and Sensitivity.
It has been found difficult to improve all three of these properties simultaneously.
This is know as the RLS tradeoff.**



50 nm

**Resolution –** Size of Pattern

Dose = 60 mJ/cm²

**Sensitivity –** Dose required to expose pattern

**Line Edge Roughness (LER) –** Amount a printed line deviates from a perfect line









8 nm

23 nm

UNIVERSITY AT ALBANY
State University of New York

# Novel Resist Systems for EUV Lithography: LER, Nanoparticle, Chain-Scission and MORE



**Organic:** **Inorganic:**

**Physical Chemistry:**

LER Degradation — Ligand Design for Hafnium Nanoparticle Resists ($HfO_2$ or $ZrO_2$)

**Synthetic Chemistry:**

Chain Scission Polymers — Molecular Organometallic Resists for EUV (MORE)

UNIVERSITY AT ALBANY
State University of New York

# Novel Resist Systems for EUV Lithography: LER, Nanoparticle, Chain-Scission and MORE



UNIVERSITY AT ALBANY
State University of New York

# II. Chain-Scission Polymers: Polyesters, Polyethers and Polyalkynes

**Traditional Chemically Amplified Resist:**



**Chain-Scission Polymer :**

UNIVERSITY AT ALBANY
State University of New York

# Proposed Advantages:
# Lower LER Due to the Scission of Polymers

**The chain scission reaction is similar to PMMA resists.**

**Chain scission resists could have extremely low LER because the polymer molecules are "cut through"**



*11* UNIVERSITY AT ALBANY
State University of New York

# Cleavable Polymers Design Criteria:



## 1. Acid cleavable groups in the backbone:

Tertiary Ester

Secondary Allyl Ester

Secondary Propargyl Ester

Secondary Benzyl Ester

## 2. Control of dissolution properties:

## 3. Control of molecular weight during polymerization:



GPC

20 KDa    5 KDa

Elution Time

(P) = Polymer

UNIVERSITY AT ALBANY
State University of New York

# Generation I – Polyesters: Monomer Synthesis

**Acid-Cleavable Diols -**

**Secondary alcohol can react directly with acyl chloride to form activated ester.**

**Commercially available**

**Acid-labile tertiary ester in backbone**

**Primary alcohols reactive toward polymerization.**

**Di (Acid Chloride) Linkers -**

1. SOCl₂•DMF
2. Distillation

**Commercially available**

**Protected phenol can be deprotected after polymerization.**

Hurd et al., Organic Syntheses Collective 1, 217, (1941)

UNIVERSITY AT ALBANY
State University of New York

# Generation I – Lithographic Results



**100 nm**  **80 nm**  **60 nm**

**Dose = 6.9 mJ/cm² at 70 °C PEB**



**50 nm**  **45 nm**  **40 nm**  **36 nm**

**Dose = 22.5 mJ/cm² at 110 °C PEB**

**Although hopeful results were achieved, large variations in performance were observed. We hypothesize this is linked to impurities in the di(acid chloride) linkers.**

*14* **UNIVERSITY AT ALBANY**
State University of New York

# Generation II – Polyethers: a More Stable System



**Generation I:** Acid chlorides react with water, react with amine bases and thermally decarboxylate.

Impurities in this group will limit polymer Mw and altered mechanical properties.



**Generation II:** α-Chloro esters are reactive enough to form polymers, but not reactive enough to form side products.

**Polyether Condensation:**



*15*  UNIVERSITY AT ALBANY
State University of New York

# Generation II – Monomer Synthesis

**Lower Activation Cleavable Group**

**Lower Activation and Increased Solubility from Phenol**

Steglich et al., Angew. Chem. Int. Ed., 17, pp. 522-24, 1978.

Fischer et al., Chemische Berichte, 28, pp. 3252-58, 1895.

Grignard et al., Compt. Rend., 130, pp. 1322-25, 1900.

*16* 

UNIVERSITY AT ALBANY
State University of New York

# Generation II – Preliminary Lithographic Evaluation

**10%**  **40%**  **40%**  **10%**

**Predicted Tg = 59 °C**

| 50 nm | 40 nm | 30 nm | 24 nm | 20 nm | 16 nm | 14 nm |

**Dose = 60 mJ/cm² at PEB (none)**
**Thickness = 40 nm**



14 nm h/p

Although poor image quality was achieved, there does appear to be modulation as low as 14 nm, showing the potential resolution of this system.

*17*  UNIVERSITY AT ALBANY
State University of New York

**Tg predicted using Bicerano Tg Model**

# Generation II – Potential Cause of Problems

## 1. Decrease in Tg: Tg can dramatically change in thin films.

**After development, the lines can be thought of as thin films perpendicular to the substrate.**

**Change in Tg?**

**Change in Tg.**



50 nm h/p
Tg > 20°C (Glass Region)

24 nm h/p
Tg < 20°C (Rubber Region)

## 2. Polymer Swelling: Polyethers are commonly hydrogels.



During Develop

**Bridging**

Printed Line    Water

Keddie et al., Europhysics Letters, 27(1), pp. 59-64, 1994.

*18*  UNIVERSITY AT ALBANY
State University of New York

# Generation III – Polyalkynes: More Control of Polymer Properties



**Polyether Linkage**

**Generation II:** Ethers are floppy, hydrogen bonding groups which promote low Tg, hydrophilic polymer properties.



**Generation III:** Alkynes are rigid, linear and non-polar which should produce high Tg, hydrophobic polymer properties, but there are few polyalkynes of this type in the literature.

## Palladium-Catalyzed Hiyama Coupling:



Hiyama et al., Cross-Coupling Reactions, 219, (2002) 61-85

*19*

# Generation III – Monomer Synthesis



**Initial Attempts at Polymer Synthesis:**



**Soluble brown polymer quickly becomes an insoluble black resin…**

Medvedeva et al., Russ. J. Org. Chem., 41(10), pp. 1463-1466, 2005.

Hiyama et al., Cross-Coupling Reactions, 219, (2002) 61-85

*20*    UNIVERSITY AT ALBANY
State University of New York

# Polyalkyne Polymerization

**Very few examples of Hiyama polymers of this type in the literature.**

---

**Possible Explanation – Ortho-Palladation**

**Palladation may result in cross-linking of polymer:**

**Palladation occurs with oxidized Pd(II)**

**Polymers can be made more stable by removal of palladium, however cross-linking still occurs.  As of yet no imaging data was obtained for this system.**

*21*  UNIVERSITY AT ALBANY
State University of New York

# Cleavage of Generation III Polymer

**To test chain-scission, strong acid was added to the polymer and then the molecular weight and structure were evaluated by GPC and NMR.**



**The GPC results show a significant decrease in molecular weight (10 to 0.5 Kda).**

**(P) – Polymer Segment**
**GPC – Gel Permeation Chromatography**
**NMR – Nuclear Magnetic resonance**

UNIVERSITY AT ALBANY
State University of New York

# Summary – Chain Scission Polymers

**Three Generations of Polymer Design Have Been Developed.**

**Generation I (Polyester Synthesis):**

- A set of monomers have been developed and tested.
- Although some promising results, di(acid chloride) monomers were found to be too reactive to yield consistent results.

**Generation II (Polyether Condensation):**

- A set of monomers have been developed and tested.
- Promising results with high-resolution potentials, but improved physical properties (Tg, hydrophobicity) are needed.

**Generation III (Palladium-Catalyzed Polyalkynes):**

- A palladium-catalyzed polymerization method has been developed.
- Soluble polymers have been made, but have been found to be unstable and crosslink upon exposure to oxygen.

UNIVERSITY AT ALBANY
State University of New York

# Novel Resist Systems for EUV Lithography:
## LER, Nanoparticle, Chain-Scission and MORE



UNIVERSITY AT ALBANY
State University of New York

# III. Introduction: Problems Facing Todays EUV Resists

**Today's organic chemically amplified resists may be unable to meet the demands of the 16 and 10 nm nodes.**

**1. Low photon absorption:** At thin film thicknesses (~ 20 nm) required, even the darkest, fluorinated polymers only absorb ~20% of photons.

**2. Acid diffusion length:** If acid diffuses from the exposed to unexposed region, LER can increase drastically.

**3. Modest etch resistance:** As resolution decreases and film thickness decreases, it is becoming progressively harder to etch to the required depth.

**4. Resolution approaching polymer radius:** LER and resolution are limited by resist polymer radius (~1 nm).

**UNIVERSITY AT ALBANY**
State University of New York

# MORE Benefits

**We have proposed a new platform of resist consisting of high optical density metal oxide organometallic compounds.**



## <u>Potential Benefits:</u>

1. **High EUV OD:** Using high OD metal oxides (Fe, Co, Sn, Bi, etc.), thin film resists can be made without loss to sensitivity or LER.

2. **High Mass Density:** The mean-free path of secondary-electrons is shorter in high mass-density materials. For resists this would result in a decrease in electron blur.

3. **No Acid Diffusion:** LER increases as acid diffuses into the unexposed region.

4. **Excellent Etch Rates:** Metal oxide films are known to have significantly better etch performance than even the best organic films ($HfO_2$ ~ 25x better).

5. **High Uncatalyzed Reactivity:** Since metals have a large range of redox potentials, resist chemistry can be engineered for high sensitivity without acid catalysis (no acid diffusion problems).

UNIVERSITY AT ALBANY
State University of New York



A. Sn-1 Compounds
B. Sn-12 Clusters
C. Confidential Results

*27*  UNIVERSITY AT ALBANY
State University of New York

# A. Original Design of Sn-1 Compounds





**Develop in Hexane**

**Insoluble**

**Our original designs of the Sn-1 compounds consisted of forming dibutyltin oxalate which could decompose into the insoluble oxide.**

Kuhlman et al., 2005 US Patent 20050288176 .

UNIVERSITY AT ALBANY
State University of New York

# Initial Sn-1 Explorations



Sawyer et al., J. Organomet. Chem., 27, (1962) 610-614.
Deleuze et al., J. Organomet. Chem., 490, (1995) C14-C17.

UNIVERSITY AT ALBANY
State University of New York

# Hypothesis of Sn-1 Compound Solubility

**Sn binding sites filled by carbonyl electrons**



6-coordinate
Dibutyltin formate

**Sn binding sites are left unoccupied.**



4-coordinate
Dibutyltin oxalate



Possible formation of insoluble network structure

By intramolecular rearrangement, the formate carbonyls can coordinate Sn, making a six-coordinate system.
The oxalate carbonyls however, are constrained from intramolecular rearrangement, resulting in intermolecular cross-linking.

*30*  UNIVERSITY AT ALBANY
State University of New York

# Evaluation of Eleven Sn-1 Compounds



**Completely Insoluble**



**Mostly Insoluble
Poor Film Quality**



**Good Solubility / Crystalline Films**



**Good Film Quality / No Reactivity**



Dose =
50 mJ/cm²

50        35
Resolution h/p (nm)



Dose =
190 mJ/cm²

25        18
Resolution h/p (nm)

*31*

**UNIVERSITY AT ALBANY**
State University of New York

# B. Sn-12 Cluster – Preliminary Investigations

**Sn-12 Clusters are known in the literature. This was one of several clusters we tested for EUV sensitivity. This one was found to have moderate sensitivity.**





**Pinhole Exposure**

**Dose = 20 mJ/cm$^2$**

Eychenne-Baron et al., Organometallics, 19, (2000), 1940-1949.

UNIVERSITY AT ALBANY
State University of New York

# Compound Modification Pathways

**Question: How can we modify this compound to improve its image quality?**



**Method 1: Counter-Ion Decomposition**

**How does the counter-ion structure affect the image quality?**

*33*  UNIVERSITY AT ALBANY
State University of New York

# Effect of Counter-Ion Structure on $E_{Size}$



$\ominus$ X

**67**  **80**  **85***  **97**  **103**

**Bond Dissociation Energy (Kcal/mol)**

$X \ominus$



X:

50 nm h/p lines:

$E_{size}$ (mJ/cm$^2$):    690    440    403    662    416





Luo, Handbook of Bond Dissociation Energies in Organic Compounds, (2003).
* - Value calculated through H-R bond energy

**34**

UNIVERSITY AT ALBANY
State University of New York

# Compound Modification Pathways

## Question: How can we modify this compound to improve its image quality?



**Method 1: Counter-Ion Decomposition**

hv

**How does the counter-ion structure affect the image quality?**

**Method 2: Homolysis of Sn-C Bond**

hv

**How does changing the organic group affect the image quality?**

*35* UNIVERSITY AT ALBANY
State University of New York

# Radical Stabilizing Organic Groups

- **Tin is known to form stable radicals.**

- **Can the cluster sensitivity be sensitized by changing the alkyl group?**



**Bond Dissociation Energy (Kcal/mol)**

## Synthesis of AllylSnCl$_3$:

## Synthesis of Tin Clusters:



R-SnCl$_3$ → [Base, Water] → Tin cluster

**Unable to crystallize.**

**R = Phenyl, Allyl, Butyl**

Luo, Handbook of Bond Dissociation Energies in Organic Compounds, (2003).
Strenalyuk et al., Organometallics, 25, (2006) 2626-2633.

**36**


UNIVERSITY AT ALBANY
State University of New York

# Lithographic Evaluation of Three Sn-12 Clusters



**There appears to be a trend in sensitivity with bond energy.**

# Compound Modification Pathways - Conclusions



**Method 1: Counter-Ion Decomposition**

$$\text{PhCH}_2\text{COO}^{\ominus} \xrightarrow{h\nu} \text{PhCH}_2{}^{\bullet} + {}^{\bullet}\text{COO}^{\ominus}$$

**Sensitivity seems to correlate with *molar weight* rather than *bond energy*.**

**Method 2: Homolysis of Sn-C Bond**

$$R_3\text{Sn-CH}_2\text{CH}_2\text{CH}_2\text{CH}_3 \xrightarrow{h\nu} R_3\text{Sn}^{\bullet} + {}^{\bullet}\text{CH}_2\text{CH}_2\text{CH}_2\text{CH}_3$$

**Sensitivity seems to correlate directly with *bond energy*.**

UNIVERSITY AT ALBANY
State University of New York

# C. NP1 – Best Results (Closed Session)

**Structure Confidential**

**Dose of 30 mJ/cm$^2$ !**



| Resolution h/p (nm): | 35 | 25 | 22 | 18 |
|---|---|---|---|---|
| LER (nm): | 3.0 | 3.3 | 4.0 | 7.1 |

UNIVERSITY AT ALBANY
State University of New York

# Thesis Questions

## Novel resist design is needed to improve resist performance.

## Hypothesis 1: Acid-cleavable chain-scission polymers can be made that function as resists.

- Can acid-cleavable polymers be made and how do they function as resists?

- How do the mechanical and physical properties of the polymer affect the lithographic performance of these chain-scission resists?

- Can high Tg, hydrophilic resist polymers be made using the palladium catalyzed Hiyama coupling reaction?

## Hypothesis 2: Molecular-inorganic resists can be made for EUV from high optical-density materials.

- Can inorganic/organometallic compounds act as photoresists?

- How does ligand structure affect performance?

- How do different metals affect performance? (will be discussed in a closed session.)

*40* UNIVERSITY AT ALBANY
State University of New York

# Acid-Cleavable Chain-Scission Polymers can be Made that Function as Resists.

- Can acid-cleavable polymers be made and how do they function as resists?

| Generation I | Generation II | Generation III |
|---|---|---|
| Polyesters showed some promising results but had poor reproducibility. | Polyethers showed high resolution imaging, but low Tg and high hydrophobicity were problematic | Polyalkynes were made and found to be acid-cleavable, but residual palladium caused crosslinking |

- How do the mechanical and physical properties of the polymer affect the lithographic performance of these chain-scission resists?



80-nm lines

Modeled Tg = 50 °C



40-nm lines

Modeled Tg = 90 °C

- Can high Tg, hydrophilic resist polymers be made using the palladium catalyzed Hiyama coupling reaction?





# Acid-Cleavable Chain-Scission Polymers can be Made that Function as Resists.

- Can acid-cleavable polymers be made and how do they function as resists? *Yes*

| **Generation I** | **Generation II** | **Generation III** |
|---|---|---|
| Polyesters showed some promising results but had poor reproducibility. | Polyethers showed high resolution imaging, but low Tg and high hydrophobicity were problematic | Polyalkynes were made and found to be acid-cleavable, but residual palladium caused crosslinking |

- How do the mechanical and physical properties of the polymer affect the lithographic performance of these chain-scission resists?



**80-nm lines**

Modeled Tg = 50 °C



**40-nm lines**

Modeled Tg = 90 °C

- Can high Tg, hydrophilic resist polymers be made using the palladium catalyzed Hiyama coupling reaction?



Before Acid Addition — Mw = 10 KDa

After Acid Addition — Mw = 0.5 KDa



# Acid-Cleavable Chain-Scission Polymers can be Made that Function as Resists.

- Can acid-cleavable polymers be made and how do they function as resists? *Yes*

<table>
<tr>
<td>

**Generation I**

Polyesters showed some promising results but had poor reproducibility.

</td>
<td>

**Generation II**

Polyethers showed high resolution imaging, but low Tg and high hydrophobicity were problematic

</td>
<td>

**Generation III**

Polyalkynes were made and found to be acid-cleavable, but residual palladium caused crosslinking

</td>
</tr>
</table>

- How do the mechanical and physical properties of the polymer affect the lithographic performance of these chain-scission resists? *Increasing Tg improves performance*



**80-nm lines**

Modeled Tg = 50 °C



**40-nm lines**

Modeled Tg = 90 °C

- Can high Tg, hydrophilic resist polymers be made using the palladium catalyzed Hiyama coupling reaction?



Before Acid Addition    Mw = 10 KDa

After Acid Addition    Mw = 0.5 KDa


UNIVERSITY AT ALBANY
State University of New York

# Acid-Cleavable Chain-Scission Polymers can be Made that Function as Resists.

- Can acid-cleavable polymers be made and how do they function as resists? *Yes*

| **Generation I** | **Generation II** | **Generation III** |
|---|---|---|
| Polyesters showed some promising results but had poor reproducibility. | Polyethers showed high resolution imaging, but low Tg and high hydrophobicity were problematic | Polyalkynes were made and found to be acid-cleavable, but residual palladium caused crosslinking |

- How do the mechanical and physical properties of the polymer affect the lithographic performance of these chain-scission resists? *Increasing Tg improves performance*





**80-nm lines**

**Modeled Tg = 50 °C**

**40-nm lines**

**Modeled Tg = 90 °C**

- Can high Tg, hydrophilic resist polymers be made using the palladium catalyzed Hiyama coupling reaction? *Probably, but these polymers are unstable*





Inorganic Resists document 44356 Filed 10/12 Page 46 of 64

# Molecular-Inorganic Resists can be Made for EUV from High Optical-Density Materials.

- **Can inorganic/organometallic compounds act as photoresists?**



**Sn-1 Compounds**
**18 nm // 190 mJ/cm²**



**Sn-12 Clusters**

(X)    (R)



**Confidential Materials**
**18 nm // *30* mJ/cm²**

- **How does ligand structure affect performance?**



**Sn-1 Compounds**
Ligand structure affects:
- **Solubility**
- **Crystallinity**
- **Resolution**
- **Sensitivity**

| | | | |
|---|---|---|---|
| Resolution (nm): | 18 | 35 | - |
| Sensitivity (mJ/cm²): | 190 | 50 | - |



**Sn-12 Clusters**

(X)    (R)

**Counter Ion (X)**

**Organic Group (R)**

UNIVERSITY AT ALBANY
State University of New York

# Molecular-Inorganic Resists can be Made for EUV from High Optical-Density Materials.

- **Can inorganic/organometallic compounds act as photoresists?** *Yes*



**Sn-1 Compounds**
**18 nm // 190 mJ/cm²**



**Sn-12 Clusters**

**(X)** **(R)**



**Confidential Materials**
**18 nm // *30* mJ/cm²**

- **How does ligand structure affect performance?**



**Sn-1 Compounds**
Ligand structure affects:
- **Solubility**
- **Crystallinity**
- **Resolution**
- **Sensitivity**

| | | | |
|---|---|---|---|
| Resolution (nm): | 18 | 35 | - |
| Sensitivity (mJ/cm²): | 190 | 50 | - |



**Sn-12 Clusters**

**(X)** **(R)**

**Counter Ion (X)**

**Organic Group (R)**

*46*

UNIVERSITY AT ALBANY
State University of New York

# Molecular-Inorganic Resists can be Made for EUV from High Optical-Density Materials.

- **Can inorganic/organometallic compounds act as photoresists? *Yes***

**Sn-1 Compounds**
**18 nm // 190 mJ/cm²**



**Sn-12 Clusters**



**(X)** **(R)**

**Confidential Materials**
**18 nm // *30* mJ/cm²**



- **How does ligand structure affect performance? *Ligand Structure affects solubility, crystallinity, resolution and sensitivity***



**Sn-1 Compounds**
Ligand structure affects:
- Solubility
- Crystallinity
- Resolution
- Sensitivity

| | | | |
|---|---|---|---|
| Resolution (nm): | 18 | 35 | - |
| Sensitivity (mJ/cm²): | 190 | 50 | - |



**Sn-12 Clusters**

**Counter Ion (X)**

**Organic Group (R)**

**(X)** **(R)**

*47*

UNIVERSITY AT ALBANY
State University of New York

# Acknowledgements

## Advisor
Robert Brainard

## Committee Members

Daniel Freedman

Magnus Bergkvist

Gregory Denbeaux

John Welch

## Thanks to

**William Earley**

**Srividya Revuru**

**Justin Torok**

**Ryan Del Re**

**Miriam Sortland**

**Craig Higgins**

**Seth Kruger**

**Pascal Garczynski**

**Chase Brisbois**

**Lauren Sfakis**

**Miles Marnell**

**Kara Heard**

**Amber Aslam**

**Hashim  Al-Mashat**

*48*  UNIVERSITY AT ALBANY
State University of New York

# Appendix

UNIVERSITY AT ALBANY
State University of New York

# BMET Results: Contrast Curves



**Expected Decarboxylation Reactivity**



**The resist sensitivity seems to be affected more by ligand bulk and less by decarboxylative reactivity.**



UNIVERSITY AT ALBANY
State University of New York

# LER Degradation as a Function of Film Thickness

**Objective: To study the root-cause of the phenomenon of LER degradation as a function of film thickness.**



UNIVERSITY AT ALBANY
State University of New York

# Ligand Design for Hafnium Nanoparticle Resists

**Objective: To help Cornell further understand the ligand / nanoparticle interaction of their Hafnium resist systems and to develop new ligands for this system.**



## NMR Ligand Binding Study:



## Free-Radical Monomer Ligands:



## Ligands to Promote Aqueous Solubility:



Trikeriotis et al., Proc. SPIE, 2012, 8322.

UNIVERSITY AT ALBANY
State University of New York

# Nanoparticle Mechanism Revision

**Originally Intended Mechanism:**



**Revised Mechanism:**

UNIVERSITY AT ALBANY
State University of New York

# Model for LER vs. Film Thickness

**Keddie Model for Tg as a function of film thickness:**

$$T_g(d) = T_{g\,\infty}\left[1 - \left(\frac{A}{d}\right)^{\delta}\right]$$

Keddie et al., Europhysics Letters, 27(1), pp. 59-64, 1994.

**CNSE Model for LER as a function of film thickness:**

$$LER(d) = LER_{\infty}\left[1 + \left(\frac{A'}{d}\right)^{\delta'}\right]$$

$LER_{\infty}$ = Bulk LER
A' = Thickness Dependence
$\delta'$ = Exponential

$\varphi$ = Area under LER curve
(Smaller $\varphi$ → Better LER thickness dependence)



*54* UNIVERSITY AT ALBANY
State University of New York

# Measurement of Tg in Polymer Films



**Basic Ellipsometry:**

Linearly Polarized Light

70°

Elliptically Polarized Light

λ = 245 – 1000 nm

Direct Measurement of psi (ψ) and del (Δ)

**Model**

Indirect Measurement of Thickness (d) and Refractive Index (n)

**Glass Transition (Tg):** Temperature at which a polymer can overcome cohesive energy.



Refractive Index vs. Temperature

Thickness vs. Temperature

$$h(T) = w\left(\frac{M-G}{2}\right) ln\left[cosh\left(\frac{T-T_g}{w}\right)\right] + (T-T_g)\left(\frac{M+G}{2}\right) + c \quad (1)$$

**Films were heated from 25 to 160 °C for 20 mins to outgas residual solvent. Measurements were then taken on cooling from 160 to 25 °C for 20 mins and data fitted to Dalnoki-Veress eq.**

1. Dalnoki-Veress et al., Physical Review E 63 031801



# LER Measurements (BMET Data)

## Summit V8.8.0



- 7 lines
- 580 nm length

- Threshold = 0.5

- Spatial Frequency from 1 to 400 $\mu m^{-1}$

UNIVERSITY AT ALBANY
State University of New York

# Error Calculations



- For each curve, the individual point error was added to the LER at 30 and 40 nm thick while subtracted at the 60 and 90 nm thick to get the max data set.
- Subtracting the each error at 30 and 40 nm while adding the error at the 60 and 90 nm data gave the min error.
- The max and min error sets were then modeled and the areas determined.
- The difference between the max and min area was used as the error bars.

*57* UNIVERSITY AT ALBANY
State University of New York

# Nanoparticle Exchange / Precipitation



UNIVERSITY AT ALBANY
State University of New York

# Thermodynamic Results for Ligand Binding



¥ - Related to acetic acid through the formate-acetate binding energy

UNIVERSITY AT ALBANY
State University of New York

# Early Experimental Approach:
## We will rapidly determine which chemical families show the best promise for detailed study



*Will explore the use of aqueous and organic solvents and developers. All organic solvents will be consistent with industrial safety standards.

UNIVERSITY AT ALBANY
State University of New York

# Shot Noise

**Poisson Statistical Model:**

$\sigma_N$ – Statistical Variation in Dose
N – Number of Absorbed Photons

$$\sigma_N = \sqrt{N}$$

$$LER \propto \frac{\sigma_N}{N} = \frac{1}{\sqrt{N}} \propto \frac{1}{\sqrt{dose}}$$



**As the number of absorbed photons increases, the LER decreases.
If more photons are absorbed for any given material, LER should decrease.**



**Resolution Capabilities for Different Ligands.**

LER (nm) · Dose (mJ/cm²)

h/p CD (nm): 50 · 35 · 25 · 22 · 18

UNIVERSITY AT ALBANY
State University of New York

# Correlation between ligand structure and sensitivity



~60 kcal/mol
or ~3 eV

Products

**Decreasing the energy of the rate-limiting transition state should increase the probability of reaction (and thus the sensitivity)**

