# LaMarche Safranko Law
## P L L C

*Via NYSCEF*

February 1, 2024

The Honorable Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

Re:    *SUNY RF v. Inpria Corporation et al.*
       *Case No 1:24-cv-120-BKS-ML (NDNY)*

Dear Chief Judge Sannes:

We write to follow up on this Court's text order, dated February 1, 2024, ordering Plaintiff SUNY RF to "to serve the [24] Motion and all attachments as well as this Text Order on Defendants by 2/5/2024 and file a certificate of service by 2/6/2024."

On January 31, 2024, Plaintiff SUNY RF filed an Order to Show Cause ("OSC") and Motion for Temporary Restraining Order and for Preliminary Injunction ("Motion"). *See* Dkt. 24. Immediately after filing the OSC and Motion, SUNY RF sent to Defendants' counsel via email both documents, as well as all their attachments. *See* Exhibit A (providing Dropbox link to all documents). In that e-mail, SUNY RF asked counsel for Defendants if they consented to email service of SUNY RF's motion. Counsel for Defendants did not respond.

The following day, on February 1, 2024, at 9:03AM, counsel for SUNY RF again asked counsel for Defendants if they would accept email service of the motion or, alternatively, whether delivery of hard copies via a courier service was preferred. Shortly thereafter, SUNY RF engaged a process server to immediately deliver by hard copy the OSC, the Motion, and all attachments. Since then, SUNY RF has added a hard copy of the Court's February 1, 2024, text order for delivery. At 11:21AM, counsel for SUNY RF once more asked counsel for Defendants whether they consented to electronic service of the OSC and Motion.

At noon today, the parties met and conferred regarding, *inter alia*, service of the OSC and the Motion. During that call, counsel for Defendants stated that they would accept service of the OSC and Motion for Defendant Inpria. Counsel for Defendants further stated that they would attempt to ascertain whether they could accept service for Defendant JSR. Counsel for SUNY RF subsequently asked counsel for Defendants if, consistent with Rule 5(e) of the Federal Rules of Civil Procedure, they would consent in writing to accepting electronic service of the OSC and the Motion for Defendant Inpira. Counsel for Defendants have not responded. Finally, at 2:14PM

**2** | P a g e
February 1, 2024

today, counsel for SUNY RF forwarded to counsel for Defendants this Court's February 1, 2024, text order. *See* Exhibit B. In doing so, counsel for SUNY RF again asked counsel for Defendants whether they consent to accepting electronic service. They have not responded.

To that end, SUNY RF expects to complete service on counsel for Defendants of the hard copy OSC, the Motion, all attachments thereto, and this Court's February 1, 2024, text order no later than 5PM EST today. SUNY RF will file a certificate of service with the Court as soon as it receives confirmation of service. Until counsel for Defendants makes an appearance, SUNY RF will continue to forward all docket filings and court orders to counsel for Defendants by email, and if they do not consent in writing, hard copy via courier service as well.

SUNY RF respectfully requests this Court hold a hearing on or before February 5, 2024, to address SUNY RF's Order to Show Cause and Motion for Temporary Restraining Order and for Preliminary Injunction.

Thank you for your attention to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/tly

# EXHIBIT A

## Nicholas Loaiza

**Subject:**          RE: SUNY RF v. Inpria and JSR

---

**From:** Argie Mina <AMina@susmangodfrey.com>
**Sent:** Wednesday, January 31, 2024 4:44 PM
**To:** Citroen, Phillip W. <phillipcitroen@paulhastings.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Modi, Naveen <naveenmodi@paulhastings.com>; John Schiltz <jschiltz@SusmanGodfrey.com>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Samir Doshi <SDoshi@susmangodfrey.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Ashkenazi, Isaac S. <isaacashkenazi@paulhastings.com>; Bennett, Joshua M. <joshuabennett@paulhastings.com>; Andrew Safranko <asafranko@lslawny.com>
**Subject:** RE: SUNY RF v. Inpria and JSR

Counsel,

Plaintiff The Research Foundation for The State University of New York has filed a Motion for Preliminary Injunction *Order to Show Cause* [Docket 24]. Below is a link to a courtesy copy of the filing, which is also available on the public docket. The password to the dropbox will be sent in a separate email.

Please confirm whether you will accept this email as service of the motion or whether we should courier a hard copy. We are happy to agree to mutual email service in this case.

Link: https://www.dropbox.com/scl/fo/xqs7w53r5gumk0h8xc8vo/h?rlkey=5kvhe0uzk1hofivf9zkrgtpj5&dl=0

Thank you,


**Argie Mina | Susman Godfrey LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Office:  (310) 789-3174
Cell:  (858) 382-6051
View my web profile

# EXHIBIT B

| | |
|---|---|
| **From:** | Samir Doshi |
| **To:** | Citroen, Phillip W.; Modi, Naveen; Dittmann, Eric W.; Ashkenazi, Isaac S.; Bennett, Joshua M. |
| **Cc:** | Justin A. Nelson; John Schiltz; Argie Mina; Andrew Safranko |
| **Subject:** | FW: Activity in Case 1:24-cv-00120-BKS-ML The Research Foundation for the State University of New York v. Inpria Corporation et al Order |
| **Date:** | Thursday, February 1, 2024 11:13:00 AM |

Good afternoon,

In light of the Court's order below, and consistent with our discussion earlier today, please provide your written consent to accepting service electronically, on behalf of Inpria, of SUNY RF's motion for preliminary injunction.  Please also let us know in writing if you consent to accepting service electronically on behalf of JSR.

Thank you,
Samir

**From:** ecf.notification@nynd.uscourts.gov <ecf.notification@nynd.uscourts.gov>
**Sent:** Thursday, February 1, 2024 2:02 PM
**To:** NYND_ECFQC@nynd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-00120-BKS-ML The Research Foundation for the State University of New York v. Inpria Corporation et al Order

EXTERNAL Email

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)]

## Notice of Electronic Filing

The following transaction was entered on 2/1/2024 at 2:01 PM EST and filed on 2/1/2024

| | |
|---|---|
| **Case Name:** | The Research Foundation for the State University of New York v. Inpria Corporation et al |
| **Case Number:** | 1:24-cv-00120-BKS-ML |
| **Filer:** | |

**Document Number:**     26(No document attached)

**Docket Text:**

**TEXT ORDER: The Court has reviewed the [1] Complaint and [24] Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction. Plaintiff has filed an [23] Affidavit of Service with respect to the Summons and Complaint. Although Plaintiff states that it has provided "Defendants with notice of its application for an Order to Show Cause and Motion for Temporary Injunction and for Preliminary Injunction on January 25, 2024," (Dkt. No. 24-3, 20), there is no indication that Plaintiff has served the [24] Motion on Defendants. (See Dkt. No. 24-19 (email exchange)). Accordingly, Plaintiff is directed to serve the [24] Motion and all attachments as well as this Text Order on Defendants by 2/5/2024 and file a certificate of service by 2/6/2024. A telephone conference is scheduled for 2/7/2024 at 4:30 p.m. to set a briefing schedule. Counsel are directed to dial 315-691-0477 and use ID 891296198# to connect to the conference call. SO ORDERED by Chief Judge Brenda K. Sannes on 2/1/2024. (nmk)**

**1:24-cv-00120-BKS-ML Notice has been electronically mailed to:**

Andrew R. Safranko     asafranko@lslawny.com, cjones@lslawny.com, mlegault@lslawny.com, tyoung@lslawny.com

Argie L. Mina     amina@susmangodfrey.com

Justin A. Nelson     jnelson@susmangodfrey.com

Samir Doshi     sdoshi@susmangodfrey.com

**1:24-cv-00120-BKS-ML Notice has been delivered by other means to:**