# Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

THE RESEARCH FOUNDATION FOR THE
STATE UNIVERISTY OF NEW YORK,

        Plaintiff,

    vs.

INPRIA CORPORATION and JSR
CORPORATION,

        Defendants.

Civil Action No. 1:24-cv-120 (BKS/ML)

**DECLARATION OF ANDREW COHEN**

1.      I am Vice President and General Counsel of JSR North America Holdings, Inc., a subsidiary of Defendant JSR Corporation ("JSR"), which is the parent company of Defendant Inpria Corporation ("Inpria").

2.      I have personal knowledge of the $6.4 billion planned tender offer to purchase the shares of JSR by non-party JIC Capital, Ltd. ("JICC"), which is a wholly-owned subsidiary of Japan Investment Corporation ("JIC"), including the public disclosures that have been made by JIC, JICC and JSR in connection therewith. A true and correct copy of the June 26, 2023 JIC News Release regarding this transaction is attached as Exhibit 1.

3.      JIC is a Japanese government-affiliated investment fund, and JSR is a public company listed on the Tokyo Stock Exchange in Japan. Accordingly, public disclosures made in connection with the tender offer are subject to the information disclosure standards of the laws of Japan.

4.      I have reviewed the transcripts of the telephone conferences conducted in the above-captioned matter on February 7 and 9, 2024. The portions highlighted by Defendants'

1

counsel, which Defendants to seek to remain sealed, contain non-public details about the tender offer that has not been disclosed to the investing public in Japan or elsewhere.

5.      Disclosure of these details could improperly affect the market, including by disrupting the timing of the tender offer transaction, threatening its consummation, and impacting its price.  This would be detrimental to the shareholders of JSR, and interfere with the acquisition plans of non-party JICC.

6.      JSR and Inpria have genuine business concerns regarding any disclosure of this information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2024.


_____
Andrew Cohen

2