**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

THE RESEARCH FOUNDATION FOR THE
STATE UNIVERISTY OF NEW YORK,

        Plaintiff,

  vs.

INPRIA CORPORATION and JSR
CORPORATION,

        Defendants.

Civil Action No. 1:24-cv-120 (BKS/ML)

**[PROPOSED] SEALING ORDER**

Upon the February 20, 2024 Letter Motion of John G. Powers, Esq. of Hancock Estabrook, LLP, local counsel to Defendants Inpria Corporation and JSR Corporation, together with the Declaration of Andrew Cohen and Exhibit 1 attached thereto, requesting, pursuant to Local Rule 5.3, that certain portions of the transcripts of the telephone conferences conducted on February 7 and 9, 2024, to determine a briefing schedule on Plaintiff's pending motion for temporary restraining order and for preliminary injunction (Dkt. No. 24), remain sealed, and a showing that considerations in favor of sealing outweigh the presumption of public access, it is hereby:

**ORDERED**, that the Letter Motion is GRANTED; and it is further

**ORDERED**, that the unredacted versions of the transcripts shall remain UNDER SEAL in the Record for this action.

IT IS SO ORDERED

Dated: _____, 2024

_____
Honorable Brenda K. Sannes
United States Chief District Judge

1