| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> Plaintiff, <br><br> -against- <br><br> INPRIA CORPORATION and JSR CORPORATION, <br><br> Defendants. | Civil Action No. 1:24-cv-120 (BKS/ML) |

**APPLICATION TO SEAL PORTIONS OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR
<u>TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION</u>**

Defendants Inpria Corporation ("Inpria") and JSR Corporation ("JSR," and together with

Inpria, "Defendants") respectfully request that narrowly-tailored portions of the following papers

in support of their Opposition to Plaintiff's Motion for Temporary Restraining Order and for

Preliminary Injunction, which have been filed today in redacted form, remain under seal:

- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction;

- The Declaration of Shogo Ikeuchi;

- The Declaration of Bruce Smith, Ph.D.;

- The Declaration of Mark Thorpe; and

- Exhibits 5-9 to the Declaration of Sachiko Taniguchi.

As explained further in Defendants' accompanying memorandum of law in support of

this sealing request, and the accompanying Declaration of Andrew Cohen, the redacted

information should be sealed to protect the private and confidential business information of non-

parties, as well as Inpria's confidential financial information and confidential proprietary information, which would cause competitive harm if publicly disclosed.

Additionally, Defendants have filed in redacted form Exhibit 21 to the Declaration of Sachiko Taniguchi, at the request of Plaintiff. Defendants do not believe the information in this exhibit warrants sealing, but have filed it in redacted form to permit Plaintiff an opportunity to make such a request.

Dated: March 6, 2024

Respectfully submitted,

John G. Powers (508934)
Mary D'Agostino (520301)
HANCOCK ESTABROOK, LLP
1500 AXA Tower, I, 100 Madison Street
Syracuse, New York 13202
(315) 565-4500
jpowers@hancocklaw.com
mdagostino@hancocklaw.com

Eric W. Dittmann (705151)
Isaac S. Ashkenazi (*pro hac vice*)
Joshua M. Bennett (705152)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
ericdittmann@paulhastings.com
isaacashkenazi@paulhastings.com
joshuabennett@paulhastings.com

Naveen Modi (*pro hac vice*)
Phillip W. Citroen (*pro hac vice*)
PAUL HASTINGS LLP
Washington, DC 20036
(202) 551-1700
naveenmodi@paulhastings.com
phillipcitroen@paulhastings.com

*Counsel to Defendants*
*Inpria Corporation and JSR Corporation*