# Susman Godfrey l.l.p.

a registered limited liability partnership
one manhattan west
new york, new york 10001-8602
(212) 336-8330
fax (212) 336-8340
www.susmangodfrey.com

———

| Suite 5100 | Suite 1400 | Suite 3000 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Samir Doshi
Direct Dial (212) 729-2073

E-Mail sdoshi@susmangodfrey.com

March 18, 2024

The Honorable Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

Re:   *SUNY RF v. Inpria Corp. et al.*, Case No. 1:24-cv-120-BKS-ML (NDNY)

Dear Chief Judge Sannes:

In light of today's news regarding the opening of the tender offer and the anticipated closing of the tender offer on April 16, 2024 (*see* ECF Dkt. No. 66), Plaintiff SUNY RF respectfully requests a ruling by no later than April 12. SUNY RF is prepared to make itself available at the convenience of the Court, parties, and witnesses with respect to any hearing the Court may choose to hold.

Thank you for your consideration.

Sincerely,

*Samir H. Doshi*

Samir Doshi