**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK,<br><br>        Plaintiff,<br><br>  -against-<br><br>INPRIA CORPORATION and JSR CORPORATION,<br><br>        Defendants. | INDEX NO. 1:24-cv-120 (BKS/ML) |

**[DEFENDANTS' PROPOSED] DOCKET CONTROL ORDER[1][2]**

In accordance with the Rule 16 conference held in this case, it is hereby **ORDERED**

that the following schedule of deadlines is in effect until further order of this Court:

| Event | Deadline |
|---|---|
| **Serve Initial Disclosures; File proposed civil case management plan** | May 22, 2024 |
| **Rule 16 Conference** | May 29, 2024 |
| **Deadline to add any parties** | July 19, 2024 |
| **Plaintiff's Contentions (for each patent claim that Plaintiff alleges sole or joint inventorship, identify each such patent claim, the alleged missing inventor(s), the basis for that assertion on a patent claim limitation by patent claim limitation basis for each such inventor, and identify any documents allegedly supporting that assertion)[3]** | July 29, 2024 |
| **First Sets of RFPs and Rogs** | September 12, 2024 |

---

[1] Defendants' primary position is that discovery should be stayed until resolution of Defendants' forthcoming renewed Rule 12 motion, which will be filed on June 3, 2024 in accordance with the Court's order. (D.I. 90.) In the event discovery is not stayed, Defendants propose a schedule as set forth in this proposed docket control order.

[2] Defendants do not believe this document is necessary as it repeats dates set forth in the proposed case management plan and a discovery order, which the parties are currently negotiating.

[3] Plaintiff's contentions shall not be amended absent a showing of good cause in accordance with Local Patent Rule 3.6.

| Event | Deadline |
|---|---|
| **Application to amend pleadings** | September 23, 2024 |
| **Exchange of Claim Terms for Construction[4]** | November 26, 2024 |
| **Exchange of Proposed Constructions** | January 6, 2025 |
| **Joint Claim Construction Statement** | February 17, 2025 |
| **Completion of Claim Construction Discovery** | April 18, 2025 |
| **Substantial Completion of Document Production** | October 10, 2025 |
| **Opening Markman Briefs** | July 17, 2025 |
| **Opposing Markman Briefs** | September 30, 2025 |
| **Close of Fact Discovery** | April 8, 2026 |
| **Plaintiff's Expert Witness Disclosure** | May 12, 2026 |
| **Defendants' Expert Witness Disclosure** | August 11, 2026 |
| **Plaintiff's Reply Expert Witness Disclosure** | September 8, 2026 |
| **Discovery Cutoff** | December 8, 2026 |
| **Discovery motions** | January 7, 2027 |
| **Daubert motions and summary judgment motions** | April 7, 2027 |
| **Jury Selection – 9:00 a.m. in Syracuse, New York** | September 13, 2027 (or otherwise four months following the Court's ruling on any filed dispositive motions) |

Dated: _____, 2024

Hon. Miroslav Lovric
U.S. Magistrate Judge

**SO ORDERED.**

---

[4] Depending on the number of claim terms for construction are exchanged, the parties will reach out to the Court to revise the schedule as appropriate.