

*Via CM/ECF*

June 6, 2024

The Honorable Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

Re:   SUNY RF v. Inpria Corporation et al.
      Case No. 1:24-cv-120-BKS-ML (NDNY)

Dear Chief Judge Sannes:

As you know, I am local counsel for The Research Foundation of the State University of New York in the above-captioned case. Pursuant to Document Text Order 90, Plaintiff's response to Defendants' Motion for Partial Judgment on the Pleadings is due on June 24, 2024. Based on the nature of the case and the submission of Defendants, Plaintiff requests an additional five (5) pages for its responsive memorandum of law, not to exceed thirty (30) pages in length, matching the total number of pages allotted to Defendants for their Motion. I spoke with Mary D'Agostino, local counsel for Defendants, who consents to this request.

If this is acceptable to the Court, please "So Order" this letter below.

Please do not hesitate to contact me if you have any questions or require additional information. Thank you for your attention and consideration to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/mbl

*So ordered.*

_____
Hon. Brenda K. Sannes

Date: _____

987 New Loudon Road • Cohoes, New York 12047 • phone: (518) 982-0770 • fax: (518) 982-0773
WWW.LAMARCHESAFRANKOLAW.COM