HANCOCK ESTABROOK LLP

**MARY L. D'AGOSTINO**
(315) 565-4550
*jpowers@hancocklaw.com*

March 31, 2025

**VIA ELECTRONIC FILING**

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re. *The Research Foundation for the State Univ. of N.Y. v. Inpria Corp.*, Civil Action No.: 1:24-CV-120 (BKS/ML)

Dear Magistrate Judge Lovric,

My office, together with Paul Hastings LLP, represents Defendants Inpria Corp. and JSR Corp. in the above-referenced matter. On March 27, 2025, following the Rule 16 Conference in this matter, the Court issued Uniform Pretrial Scheduling Order together with a Docket Text entry which reflected "Preferred Trial Location: Albany."

However, this was an issue upon which the parties did not agree in the proposed Civil Case Management Plan. *See* Dkt. No. 118, pp. 4-5. In particular, Defendants' position is that any trial in this action would be most appropriately located in Syracuse where Judge Sannes and her staff are based. While Plaintiff expressed a preference for Albany, our notes reflect that in response to the parties' disagreement, the Court indicated in the conference that the question of the trial location would be deferred until a later date. If the Court agrees that, in fact, that is what was decided, we write to respectfully request that the Docket Text be modified to remove this entry or, in the alternative, to substitute the following:

*Preferred Trial Location: To Be Determined At A Later Date*

While we understand that the Docket Text does not definitively determine the place of trial, we wish to ensure that the entry is not misinterpreted as representing the Court's decision on the matter.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

Mary L. D'Agostino

Mary L. D'Agostino

cc: Plaintiff's Counsel (*via* ECF)