**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, )<br><br>Plaintiff, )<br><br>vs. )<br><br>INPRIA CORPORATION and JSR CORPORATION, )<br><br>Defendants. ) | Civil Action No. 1:24-cv-120-BKS-ML |

## NOTICE OF PLAINTIFF'S APPLICATION TO SEAL EXHIBITS 9 AND 11, AND TO REDACT PORTIONS OF DEFENDANTS' MEMORANDUM OF LAW TO DEFENDANTS' MOTION TO COMPEL

Plaintiff The Research Fund for the State University of New York ("SUNY RF") respectfully requests that the following exhibits filed in support of Inpria Corporation ("Inpria") and JSR Corporation's ("JSR") ("Defendants") Motion to Compel remain under seal:

- Exhibit 9 to the Declaration of Mary L. D'Agostino dated 12/24/2025, submitted to the Court by Defendants via MFT.

- Exhibit 11 to the Declaration of Mary L. D'Agostino dated 12/24/2025, submitted to the Court by Defendants via MFT.

- Portions of Defendants' Memorandum of Law in Support of their Motion to Compel, specifically, the claim chart on page 15. For purposes of clarity, SUNY RF's copy of Defendants' Memorandum attached to this application also contains Defendants' proposed redactions to the Memorandum, which SUNY RF does not oppose.

As explained further in SUNY RF's accompanying Memorandum of Law in support of this sealing and redaction request, Exhibits 9 and 11 should be sealed, and Defendants' Memorandum of Law redacted, to protect the private and confidential information proprietary information of SUNY RF and the third-party SUNY Inventors.

1