**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> INPRIA CORPORATION and JSR CORPORATION, <br><br> Defendants. | Civil Action No.: 1:24-cv-120 (BKS/ML) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Andrew Knepler of the law firm of Paul Hastings LLP,

hereby appears in the above-entitled action as counsel of record on behalf of Defendants.

Dated: June 10, 2026      Respectfully submitted,

By:   */s/ Andrew Knepler*
Andrew Knepler
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Tel: 212.318.6000
andrewknepler@paulhastings.com