MEMORANDUM OF LAW IN
SUPPORT OF SUNY RF'S
OPPOSITION TO DEFENDANTS'
MOTION TO COMPEL A
SUPPLEMENTAL RESPONSE TO
INTERROGATORY NO. 2
dated 06/22/2026

Submitted to the Court via MFT