**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> Plaintiff, <br><br> vs. <br><br> INPRIA CORPORATION and JSR CORPORATION, <br><br> Defendants. | Civil Action No. 1:24-cv-120-BKS-ML |

**DECLARATION OF ELEANOR RUNDE IN SUPPORT OF PLAINTIFF SUNY RF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION TO COMPEL A SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2**

I, Eleanor Runde, declare and state as follows:

1.      I am an attorney at the law firm of Susman Godfrey L.L.P., and I represent Plaintiff The Research Foundation for The State University of New York ("SUNY RF") in this Action. I submit this Declaration in support of SUNY RF's Opposition to Defendants' Renewed Motion to Compel a Supplemental Response to Interrogatory No. 2. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of Plaintiff SUNY RF's Eleventh Amended and Supplemental Responses and Objections to Defendants' First Set of Interrogatories (June 18, 2026).

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of Plaintiff's Appendix A to its Responses and Objections to Defendants' First Set of Interrogatories.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the 2015 Research Agreement between SUNY RF and Defendant Inpria, one of the contracts on which SUNY RF's breach of contract claims are premised.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the 2017 Research Agreement between SUNY RF and Defendant Inpria, one of the contracts on which SUNY RF's breach of contract claims are premised.

6. Attached hereto as **Exhibit 5** is a set of excerpts of the rough-draft transcript of the deposition of Brian Cardineau, taken on June 18, 2026. Plaintiff intends to update this Exhibit with excerpts of the final transcript once it is available.

7. I make this declaration based upon my personal knowledge and familiarity with the files and records of this case.

8. Although placeholders have been filed on the docket, complete and unredacted versions of Plaintiff's memorandum of law and Exhibits 1, 2, and 5 have been submitted to chambers via MFT contemporaneously with the filing of this motion.

9. Exhibits 3 and 4 have been redacted on the docket, and complete and unredacted versions of these documents have been submitted to chambers via MFT contemporaneously with the filing of this motion.

10. Plaintiff intends to seek the redaction of Plaintiff's Memorandum of Law, sealing of Exhibit 1, and continued redaction of Exhibits 3 and 4, pursuant to the parties' Protective Order (Dkt. 156), the Local Rules, and *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), because these documents contain Plaintiff's confidential information.

11. Plaintiff intends to ask Defendants for any proposed redactions or intent to seal for Exhibits 2 and 5, as they may contain Defendants' confidential business information.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2026, in Seattle, Washington.

/s/ Eleanor Runde
Eleanor Runde

3